THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT F. COYLE, Appellant.

Submitted October 4, 1943; decided October 14, 1943.

*David P. Siegel* for motion.

*Frank S. Hogan, District Attorney* (*Harold P. Sussman* of counsel), opposed.

Motion to fix bail dismissed. The Supreme Court of the United States has denied application for certiorari. (See 320 U. S. 762.)

BRIGHTON OPERATING CORP., Appellant, v. P. WALKER MORRISON et al., as Trustees, Respondents.

Submitted October 4, 1943; decided October 14, 1943.

Motion to amend remittitur denied. (See 291 N. Y. 6.)

MARY E. LEE, Appellant, v. GLENS FALLS HOSPITAL, Respondent.

Submitted October 4, 1943; decided October 14, 1943.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 291 N. Y. 526.)